AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Maurice Xavier Hollins<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | Case No.   20-9154 MJ |

## CRIMINAL COMPLAINT

I, the complainant, being duly sworn, state that the following is true to the best of my knowledge and belief:

### Count 1

Between on or about April 1, 2020 and May 6, 2020, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, MAURICE XAVIER HOLLINS, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, an Indian, a child under the age of 12. The sexual act involved intentional touching, not through the clothing, of victim's genitalia with the defendant's penis, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1152, 2241(c) and 2246(2).

### Count 2

Between on or about April 1, 2020 and May 6, 2020, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, MAURICE XAVIER HOLLINS, did knowingly engage in and attempt to engage in sexual contact with the victim, Jane Doe, an Indian, a child under the age of 12. The sexual contact involved intentional touching, not through the clothing, of victim's anus with the defendant's penis, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1152, 2244(a)(5) and 2246(3).

//

## Count 3

Between on or about April 1, 2020 and May 6, 2020, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, MAURICE XAVIER HOLLINS, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, an Indian, a child under the age of 12. The sexual act involved penetration, however slight, of the victim's genital opening by the defendant's finger, with the intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1152, 2241(c) and 2246(2).

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause, Incorporated by Reference Herein**

☒ Continued on the attached sheet.

Reviewed by AUSA Jason Crowley

*Complainant's signature*

John Garcia, Special Agent, FBI
*Printed name and title*

Telephonically sworn to before me,

Date: 5/26/2020 10:00pm

*Judge's signature*

City and state: Phoenix, Arizona

Honorable Eileen S. Willett, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, John Garcia, Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, declare and state as follows:

## INTRODUCTION AND BACKGROUND OF AFFIANT

1. Your affiant, John A. Garcia, is a Special Agent for the FBI and has been so employed since January of 2019. Your affiant previously served as a sworn law enforcement officer for approximately 10 years with the Savannah Police Department, Savannah, GA. In this assignment, your affiant was a criminal investigator and received extensive training in criminal investigations. Additionally, your affiant served as a deputized Task Force Officer (TFO) with the FBI in Savannah.

2. In preparing this Affidavit, I conferred with other law enforcement officials, who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

## PROBABLE CAUSE

3. On May 6, 2020, Navajo Nation Police reported an eight-year-old Native American female ("Jane Doe") who was brought into the Tuba City Hospital emergency room for allegations that she was the victim of a sexual assault. Jane Doe is an Indian child, under the age of 12. Your affiant confirmed her Indian status by obtaining her census number, confirming that she is an enrolled member of the Navajo Nation. A Navajo Nation Police Officer spoke with a nurse who reported Jane Doe's grandmother brought Jane Doe to the hospital on May 5, 2020. The nurse reported to the Officer that the child was being

examined for sexual penetration of her vaginal area. Investigators learned that Jane Doe was sexually assaulted at her place of residence in Cow Springs, Arizona, within the confines of the Navajo Indian Reservation, in the District of Arizona.

4.   Investigators learned that Jane Doe had been living in the Phoenix area with her mother and Maurice Xavier Hollins (HOLLINS). Your affiant discovered in a later interview that Jane Doe's mother and HOLLINS were involved in a romantic relationship. HOLLINS is a non-Indian, African American adult male, who is approximately 23 years of age.

5.   In an interview with Jane Doe's grandmother, which was conducted by your affiant, Jane Doe's grandmother disclosed that she allowed HOLLINS to live in her home located in Cow Springs, Arizona on the Navajo Reservation starting around April 14, 2020. Jane Doe's grandmother advised that Jane Doe's mother left for Phoenix, Arizona during the week of April 27, 2020. Jane Doe's grandmother observed that HOLLINS slept in the bed with Jane Doe alone for at least four nights starting on April 29, 2020 – May 2, 2020. Jane Doe and HOLLINS slept in the same room with the door slightly ajar. Jane Doe's grandmother advised that she eventually asked HOLLINS to leave after discovering a glass pipe she believed was used to smoke illegal drugs. HOLLINS left the property. On that same, May 5, 2020, Jane Doe's grandmother observed that Jane Doe had been walking "funny" all day. Later in the day, Jane Doe used the restroom in Cow Springs where blood was discovered in the toilet by a family member.

6.   Your affiant also conducted an interview of Jane Doe's mother. She stated that shortly after she arrived home, Jane Doe came up to her and said "Mom I need to talk to you." She indicated that Jane Doe seemed nervous and fidgety. Jane Doe stated to CB "I don't want to tell you. I'm scared to tell you, because then you'll get angry and mad, and I don't want you to go to jail." She told Jane Doe that she wouldn't get mad and would never be angry with her. She encouraged Jane Doe to go ahead and tell her what was wrong. She stated that Jane Doe was still hesitant and continued to say "No, you're going to be really angry." Eventually, Jane Doe stuttered the name "Mo." Jane Doe's mother asked if this

had anything to do with her "uncle" HOLLINS, then Jane Doe started crying. Jane Doe's mother pointed to her mid-section and asked Jane Doe if HOLLINS was the reason she was walking funny. Jane Doe replied "Yes" and kept repeating "Don't be mad."

7. Special Agent (SA) Richard Sutherland contacted your affiant and advised that he was present during a forensic interview of Jane Doe. SA Sutherland's report indicated that Jane Doe disclosed that HOLLINS wanted to do something really nasty with her. She described that she once walked in on her mom and her dad doing things in the bed that only adults should do if they want to. HOLLINS made her do some of these things. She tried to stop him, but he forced her to do it. When HOLLINS would do these things to her, he would tell her not to tell anyone. Jane Doe described that the nasty things that adults do is what HOLLINS did to her front part and her back part. He put his front part all around her front part and back part. He was holding his front part in his hands. She was not sure if his front part went inside of her, but she was pushing him away and trying to get him to stop. She tried not to look at his front part. She described that he was rubbing his front part onto her front part.

8. Jane Doe described that HOLLINS was lying behind her on one occasion and doing something nasty. Her clothes and her pants were down to her knees. She tried to pull them back up, and he tried to hold them down. She felt him doing things to her back bottom. Jane Doe described it as feeling "weird." Jane Doe described that it hurt her a little bit to sit down after HOLLINS did the nasty stuff to her.

9. Your affiant discovered that Jane Doe contracted Chlamydia, which is a sexually transmitted disease.

10. Your affiant interviewed HOLLINS after his arrest for a probation violation warrant through the State of Arizona. During the post-*Miranda* interview, HOLLINS admitted to engaging in sexual acts with Jane Doe while in Cow Springs, Arizona at her grandmother's residence. HOLLINS advised that a short time after arriving in Cow Springs, Jane Doe's mother traveled to Phoenix and left Jane Doe with him. HOLLINS advised he would touch his penis skin-to-skin against Jane Doe's vagina. He advised that this occurred

approximately 3 times. HOLLINS claimed that Jane Doe attempted to put his penis inside of her anus one time. He explained that these acts would happen while they were in the same room sleeping together alone. He admitted to penetrating her vagina with his finger one time for about three seconds. HOLLINS described that he knew he was making a bad decision. He claimed he did not stop, because he did not want to make Jane Doe upset and have her stop being around him or stop liking him. HOLLINS was clear that all of these acts occurred while in Cow Springs, Arizona.

13. Hollins stated that he was sorry, and he regretted touching Jane Doe. He described that it hurt him inside. He advised that he wanted tell Jane Doe's mother that he regretted touching her daughter.

14. Based on the facts and circumstances stated in this Affidavit, your Affiant submits there is probable cause to believe that, MAURICE HOLLINS, did knowingly engage in and attempt to engage in sexual acts and sexual contact with Jane Doe, an Indian child under the age of 12, in violation of Title 18, United States Code, Sections §§1152, 2241(c), 2244, and 2246.

_____
John Garcia
Special Agent
FBI

Telephonically subscribed and sworn to before me this ___26___ day of May, 2020.

_____
HONORABLE EILEEN S. WILLETT
United States Magistrate Judge